**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAZARO GARCIA FERNANDEZ, | No. 2:26-cv-00571 JLT EPG (HC) |
| Petitioner, | A-Number: 221-489-578 |
| v. | ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATIONS, DENYING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| CHRISTOPHER CHESTNUT, | |
| Respondent. | |
| | (Docs. 12, 17) |

Petitioner, who was detained by Immigration and Customs Enforcement in Colombia Maryland on January 24, 2026, initiated this action on February 24, 2026, seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The first amended petition asserted that Petitioner was being unlawfully detained without bond, that his detention was governed by 8 U.S.C. § 1226, and that he was entitled immediate release or a bond hearing under 8 U.S.C. § 1226(a). (Doc. 12 at 2–3.) On April 22, 2026, the magistrate judge issued findings and recommendations recommending that the petition be granted and Respondents be directed to provide Petitioner with a bond hearing. (Doc. 17.)

However, a routine review of the Executive Office of Immigration Review's public database, https://acis.eoir.justice.gov, revealed that Petitioner was ordered removed on April 17, 2026 and that any appeal was due by May 18, 2026. (Doc. 18.) The Court ordered Petitioner to provide an update indicating whether he had appealed that removal order. (*Id.*) On May 18, 2026,

1

Petitioner, through counsel, indicated that he would not be appealing the order. Thus, the order of removal is now final, *see* 8 C.F.R. § 1241.1(c), and Petitioner's detention is now governed by 8 U.S.C. § 1231.

"A petition challenging detention under section 1226 is rendered moot when detention authority shifts to section 1231." *Baires v. Lynch*, No. C 15-03635 RS, 2016 WL 4502558, at *2 (N.D. Cal. Aug. 29, 2016). Thus, the Court does not consider whether petitioner's initial detention was governed by 8 U.S.C. § 1226(a) or whether that detention violated due process. *Ortega v. Warden of Golden State Annex ICE Detention Facility*, No. 1:25-cv-01856-DAD-CSK, 2026 WL 836323, at *2 n.2 (E.D. Cal. Mar. 25, 2026); *Aguilar Garcia v. Kaiser*, No. 3:25-cv-05070-JSC, 2025 WL 2998169, at *2 (N.D. Cal. Oct. 24, 2025) (finding that the detention authority applicable to the petitioner had changed to § 1231 when his removal order became final).

Thus, the Court **ORDERS**:

1. The Court declines to adopt the findings and recommendations due to changed circumstances.

2. The first amended petition for writ of habeas corpus (Doc. 12) is **DENIED**.

3. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated:    **May 22, 2026**

UNITED STATES DISTRICT JUDGE

2